**Order filed March 08, 2018.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-17-00822-CR
_____

**JIMMY DERRICK HICKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Cause No. 75474**

## ORDER

The reporter's record in this case was due March 1, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Robin Rios, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM